U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 4 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| DON C. WILLIS | CIVIL ACTION NO. 05-0351-A |
| -vs- | JUDGE DRELL |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

The Report and Recommendation (Doc. 17) by Magistrate Judge James D. Kirk is not adopted at this time. Plaintiff Don C. Willis's pending complaint is referred to Magistrate Judge Kirk for service of process and other future proceedings.

SIGNED on this 11 day of August, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 8-14-06
BY: _____
TO: _____